# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCIS M. DERIEUX, III, individually and on behalf of himself and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | DOCKET NO: 1:21-cv-13645-NLH-EAP |
| vs. | : : : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| FEDEX GROUND PACKAGE SYSTEM, INC.; DALI TRANSPORTATION INC., BARRINGTON LOGISTICS, INC.; and JOHN DOES 1-5 and 6-10, | : : : : | |
| Defendants. | : | |

**IT IS HEREBY STIPULATED** by and among the parties to the above-captioned action that all claims asserted on behalf of the plaintiff, Francis M. Derieux, III, in his individual capacity, are hereby dismissed with prejudice and without fees and costs to any party.

[SIGNATURE PAGE FOLLOWS]

BY THE PARTIES:

| | |
|---|---|
| By: *s/ Miriam S. Edelstein*<br>Miriam S. Edelstein, Esq.<br>Costello & Mains, LLC<br>18000 Horizon Way, Suite 800<br>Mount Laurel, NJ 08054<br>(856) 727-9700<br>medelstein@costellomains.com<br>*Counsel for Plaintiffs*<br><br>Dated: September 19, 2023 | By: s/ Deborah A. Bryant<br>Deborah Ann Bryant, Esq.<br>Sobel Han & Cannon, LLP<br>365 W. Passaic Street, Suite 270<br>Rochelle Park, NJ 07662<br>(201) 503-7065<br>DBryant@sobelhan.com<br>*Counsel for Defendants,*<br>*Dali Transportation Inc. and*<br>*Barrington Logistics, Inc.*<br><br>Dated: October 5, 2023 |
| By: [signature]<br>Natalie Rose Colao, Esq.<br>Jessica G. Scott, Esq.<br>Meghan Darby, Esq.<br>Michele Choe, Esq.<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, #4500<br>Denver, CO 80202<br>(303) 244-1800<br>colao@wtotrial.com<br>scott@wtotrial.com<br>darby@wtotrial.com<br>choe@wtotrial.com<br>*Counsel for Defendant,*<br>*FedEx Ground Package System, Inc.*<br><br>Dated: 9/28/2023 | By: [signature]<br>Samantha S. Bonono, Esq.<br>Fisher Phillips LLP<br>Two Logan Square, 12th Floor<br>100 N. 18th Street<br>Philadelphia, PA 19103<br>(610) 230-2150<br>sbononno@fisherphillips.com<br>*Counsel for Defendant,*<br>*FedEx Ground Package System, Inc.*<br><br>Dated: 10/2/2023 |